# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Devin Stone,<br><br>                  Plaintiff,<br>v.<br><br>SF Bodyplex, LLC d/b/a Bodyplex of Woodstock; and DOES 1-10 (inclusive),<br><br>                  Defendants. | Civil Action No.: 1:15-cv-02220-AT |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 3, 2015

                                              Respectfully submitted,

                                              By: /s/ Sergei Lemberg, Esq.
                                              Attorney Bar No.: 598666
                                              Attorney for Plaintiff
                                              LEMBERG LAW L.L.C.

1100 Summer Street, Third Floor
Stamford, CT 06905
Telephone: (203) 653-2250 ext. 5500
Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                              By /s/ Sergei Lemberg

                                    Sergei Lemberg